THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRAKASH MELWANI, <br><br> Plaintiff(s), <br><br> v. <br><br> AMAZON.COM, INC. et al., <br><br> Defendant(s). | No. 2:21-cv-01329-RSM <br><br><br> ORDER TO RENOTE MOTION TO DISMISS AND STAY DEADLINES |

Based on the stipulation of the parties, the Court ORDERS that the briefing schedule outlined in the below table shall be set in this action for Defendant's Motion to Dismiss. The Court also STAYS all other deadlines—including the Rule 26(f) conference, initial disclosures, and joint status report—pending resolution of Defendants' Motion to Dismiss.

| BRIEFING | DEADLINE |
|---|---|
| Defendants' Motion to Dismiss | November 19, 2021 |
| Plaintiff's Opposition to Defendants' Motion to Dismiss | December 17, 2021 |
| Defendants' Reply | January 7, 2022 |

**IT IS SO ORDERED.**

DATED this 15th day of November, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Eric J. Weiss*
Eric J. Weiss, WSBA No. 44807

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: EWeiss@perkinscoie.com

ORDER TO RENOTE MOTION TO DISMISS
AND STAY DEADLINES
(NO. 2:21-CV-01329-RSM) – 2