THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRAKASH MELWANI,<br><br>    Plaintiff,<br><br>  v.<br><br>AMAZON.COM, INC., et al.,<br><br>    Defendants. | No. 2:21-cv-01329-RSM<br><br>[PROPOSED] ORDER EXTENDING DEADLINES FOR AMENDED COMPLAINT AND RESPONSE TO AMENDED COMPLAINT |

Based on the stipulation of the parties, the Court ORDERS that the briefing schedule outlined in the below table shall be set in this action for Plaintiff's Amended Complaint and Defendants' Response to Plaintiff's Amended Complaint.

| BRIEFING | PROPOSED DEADLINE |
|---|---|
| Plaintiff's Amended Complaint | April 18, 2022 |
| Defendants' Response to Complaint or Amended Complaint | May 18, 2022 |

DATED this _____ day of _____, 2022.

_____
Ricardo S. Martinez
Chief United States District Court Judge

[PROPOSED] ORDER EXTENDING DEADLINES FOR
AMENDED COMPLAINT AND RESPONSE TO
AMENDED COMPLAINT
(No. 2:21-cv-01329-RSM) – 1

1 | Presented by:

2 | *s/ Eric J. Weiss*
 | Eric J. Weiss, WSBA No. 44807
3 |

4 | **Perkins Coie LLP**
 | 1201 Third Avenue, Suite 4900
 | Seattle, WA 98101-3099
5 | Telephone: 206.359.8000
 | Facsimile: 206.359.9000
6 | E-mail: EWeiss@perkinscoie.com

[PROPOSED] ORDER EXTENDING DEADLINES FOR
AMENDED COMPLAINT AND RESPONSE TO
AMENDED COMPLAINT
(No. 2:21-cv-01329-RSM) – 2