THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRAKASH MELWANI,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM, INC., et al.,<br><br>　　　　　　Defendants. | No. 2:21-cv-01329-RSM<br><br>ORDER EXTENDING DEADLINES FOR RESPONSE TO MOTION TO DISMISS AND REPLY IN SUPPORT OF MOTION TO DISMISS |

　　Based on the stipulation of the parties, the Court ORDERS that the briefing schedule outlined in the below table shall be set in this action for Plaintiff's Response to Defendants' Motion to Dismiss and Defendants Reply In Support Of Defendants' Motion to Dismiss.

| BRIEFING | PROPOSED DEADLINE |
|---|---|
| Plaintiff's Opposition to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint | June 27, 2022 |
| Defendants' Reply In Support Of Defendants' Motion to Dismiss Plaintiff's First Amended Complaint | July 22, 2022 |

DATED this 31st day of May, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Eric J. Weiss*
Eric J. Weiss, WSBA No. 44807/s

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: EWeiss@perkinscoie.com

[PROPOSED] ORDER EXTENDING DEADLINES FOR
RESPONSE TO MOTION TO DISMISS AND REPLY IN
SUPPORT OF MOTION TO DISMISS
(No. 2:21-cv-01329-RSM) – 2