THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRAKASH MELWANI,<br><br>             Plaintiff,<br><br>      v.<br><br>AMAZON.COM, INC.,<br><br>             Defendant. | No. 2:21-cv-01329-RSM<br><br>ORDER EXTENDING DEADLINE FOR RESPONSE TO SECOND AMENDED COMPLAINT |

Based on the stipulation of the parties, the Court ORDERS that the briefing schedule outlined in the below table shall be set in this action for Defendant's Response to Plaintiff's Amended Complaint or Second Amended Complaint.

| BRIEFING | PROPOSED DEADLINE |
|---|---|
| Defendant's Response to Amended Complaint or Second Amended Complaint | October 17, 2022 (21 days after Plaintiff's deadline) or 21 days after any amended complaint is filed, whichever is sooner |

DATED this 20th day of September, 2022.

*(signature)*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Eric J. Weiss*
Eric J. Weiss, WSBA No. 44807

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: EWeiss@perkinscoie.com