THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| PRAKASH MELWANI, | No. 2:21-cv-01329-RSM |
|---|---|
| Plaintiff, | ORDER SETTING DEADLINES |
| v. | |
| AMAZON.COM, INC., et al., | |
| Defendants. | |

Based on the stipulation of the parties, the Court ORDERS that the schedule outlined in the table below shall be set in this action:

| BRIEFING | PROPOSED DEADLINE |
|---|---|
| FRCP 26(f) Conference by | January 5, 2023 |
| FRCP 26(a)(1) Initial Disclosures by | January 16, 2023 |
| FRCP 26(f) Joint Status Report by | January 30, 2023 |
| Joint Discovery Plan by | February 13, 2023 |

IT IS SO ORDERED.

ORDER SETTING DEADLINES
(No. 2:21-cv-01329-RSM) – 1

159490956

DATED this 16th day of December, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Mark D. Marciszewski*
Mark D. Marciszewski (*Pro Hac Vice*)

**Durie Tangri LLP**
953 East 3rd Street
Los Angeles, CA 90013
Telephone: 213-992-4499
Facsimile: 415-236-6300
E-mail: mmarciszewski@durietangri.com

ORDER SETTING DEADLINES
(No. 2:21-cv-01329-RSM) – 2