1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PRAKASH MELWANI,

                Plaintiff,

    v.

AMAZON.COM, INC., et al.,

                Defendants.

No. 2:21-cv-01329-RSM

**ORDER GRANTING DEFENDANT
AMAZON.COM, INC.'S UNOPPOSED
MOTION TO SEAL INFORMATION
RELATED TO AMAZON'S MOTION
FOR SUMMARY JUDGMENT**

**Morrison & Foerster LLP**
425 Market Street
San Francisco, CA 94105 Tel: 415-268-7000

1      Having reviewed and considered Defendant Amazon.com, Inc.'s Unopposed Motion to

2  Seal Information Related to Amazon's Motion for Summary Judgment, the Court hereby

3  GRANTS Amazon's motion.

4      IT IS HEREBY ORDERED that (1) the redacted portions of Exhibit A to the Declaration

5  of Jeff Willner in Support of Amazon's Motion for Summary Judgment ("Willner Declaration");

6  (2) Exhibit B to the Declaration of Kimberly Allen in Support of Amazon's Motion for Summary

7  Judgment ("Allen Declaration"); and (3) redacted portions of the Allen Declaration that refer to

8  Exhibit B shall remain under seal.

9

10      DATED this 25th day of October, 2023.

11

12

13                                    _____

14                                    RICARDO S. MARTINEZ
                                      UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20  Presented by:

21   /s/ Joseph C. Gratz
      Joseph C. Gratz (pro hac vice)

22  **Morrison & Foerster LLP**
     425 Market Street
23   San Francisco, CA 94105
     Telephone: 415.268.7000
24   Facsimile: 415.268.7522
     Email: jgratz@mofo.com
25

26

ORDER GRANTING DEFENDANT'S MOTION TO
SEAL
(No. 2:21-cv-01329-RSM) - 1

**Morrison & Foerster LLP**
425 Market Street
San Francisco, CA 94105 Tel: 415-268-7000