THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRAKASH MELWANI, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., et al., <br><br> Defendants. | No. 2:21-cv-01329-RSM <br><br> **ORDER GRANTING MOTION TO EXTEND MOTION FOR SUMMARY JUDGMENT BRIEFING DEADLINES** <br><br> NOTE ON MOTION CALENDAR: NOVEMBER 10, 2023 <br><br> PROPOSED RENOTING ON MOTION CALENDAR: NOVEMBER 21, 2023 |

ORDER GRANTING MOTION TO EXTEND MOTION
FOR SUMMARY JUDGMENT BRIEFING DEADLINES
(No. 2:21-cv-01329-RSM)

**Morrison & Foerster LLP**
425 Market Street
San Francisco, CA 94105 Tel: 415-268-7000

Having considered the Motion to Extend Motion for Summary Judgment Deadlines, submitted jointly by the parties:

IT IS HEREBY ORDERED that Motion to Extend Motion for Summary Judgment Deadlines is GRANTED. The new schedule shall be as follows:

Plaintiff shall file his opposition papers not later than Friday, November 10, 2023; and

Defendant shall file its reply papers not later than Tuesday, November 21, 2023.

Defendant's Motion for Summary Judgement is renoted to November 21, 2023.

DATED this 13th day of November, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Joseph C. Gratz*
Joseph C. Gratz (*pro hac vice*)

**Morrison & Foerster LLP**
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: jgratz@mofo.com

*/s/ Prakash Melwani*
Prakash Melwani (*pro se*)

Email: pakmelwani@comcast.net

ORDER GRANTING MOTION TO EXTEND MOTION
FOR SUMMARY JUDGMENT BRIEFING DEADLINES
(No. 2:21-cv-01329-RSM) - 1

**Morrison & Foerster LLP**
425 Market Street
San Francisco, CA 94105 Tel: 415-268-7000