PRAKASH MELWANI
*Pro Se Plaintiff*
PO Box 805
Princeton Junction, NJ 08550
Email:  pakmelwani@comcast.net
Telephone:  (212) 505-1818

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINTON
AT SEATTLE

| | | |
|---|---|---|
| PRAKASH MELWANI, | ) | Case No.  2:21-cv-01329-RSM |
| | ) | Hon. RICARDO S. MARTINEZ |
| | ) | |
| Plaintiff | ) | ORDER GRANTING |
| | ) | PLAINTIFF'S UNOPPOSED MOTION TO |
| v. | ) | SEAL INFORMATION RELATED TO |
| | ) | PLAINTIFF'S OPPOSITION TO AMAZON'S |
| AMAZON.COM, INC., et al., | ) | MOTION FOR SUMMARY JUDGMENT |
| | ) | |
| Defendants | ) | NOTE ON MOTION CALENDER: |
| | ) | NOVEMBER 21, 2023 |

Having reviewed and considered Plaintiff Prakash Melwani's Unopposed Motion to Seal Information Related to Plaintiff's Opposition and Response to Defendant Amazon.com, Inc.'s Motion for Summary Judgment (ECF #116), the Court hereby GRANTS Plaintiff's motion.

IT IS HEREBY ORDERD THAT Plaintiff's Opposition and Response to Defendant Amazon.com, Inc.'s Motion for Summary Judgment (ECF #103) shall remain under seal.

DATED this 30th day of November, 2023.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*Prakash Melwani*

**Prakash Melwani** *(Plaintiff Pro Se)*
PO Box 805
Princeton Junction, NJ 08550
Telephone:  212-505-1818
Facsimile:  609-987-8888
Email:  pakmelwani@comcast.net