THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRAKASH MELWANI,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AMAZON.COM, INC., et al.,<br><br>　　　　　　Defendants. | No. 2:21-cv-01329-RSM<br><br>**ORDER GRANTING MOTION TO EXTEND PRETRIAL AND TRIAL DATES** |

ORDER GRANTING MOTION TO EXTEND PRETRIAL
AND TRIAL DEADLINES
(No. 2:21-cv-01329-RSM)

**Morrison & Foerster LLP**
425 Market Street
San Francisco, CA 94105 Tel: 415-268-7000

## ORDER

PURSUANT TO STIPULATION, and for good cause shown, IT IS SO ORDERED that the pretrial and trial schedule is modified as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Mediation per LCR 39.1(c)(3), **if requested by the parties**, held no later than | December 4, 2023 | March 11, 2024 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | December 19, 2023 | March 25, 2024 |
| Agreed pretrial order due | January 4, 2024 | April 10, 2024 |
| Pretrial conference | To be scheduled by the Court | To be scheduled by the Court |
| Jury Trial Date | January 16, 2024 | April 22, 2024 |

DATED this 5th day of December, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Joseph C. Gratz*

Joseph C. Gratz (*pro hac vice*)

**Morrison & Foerster LLP**
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000
Facsimile: 415.268.7522

1 | Email: jgratz@mofo.com

2

3 | /s/ Prakash Melwani
Prakash Melwani (*pro se*)

4 | Email: pakmelwani@comcast.net

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

---

ORDER GRANTING MOTION TO EXTEND PRETRIAL
AND TRIAL DEADLINES
(No. 2:21-cv-01329-RSM) – 2

**Morrison & Foerster LLP**
425 Market Street,
San Francisco, CA, Tel: 415-268-7000