THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRAKASH MELWANI,<br><br>              Plaintiff,<br><br>   v.<br><br>AMAZON.COM, INC., et al.,<br><br>             Defendants. | No. 2:21-cv-01329-RSM<br><br>**ORDER GRANTING DEFENDANT AMAZON.COM, INC.'S UNOPPOSED MOTION TO SEAL INFORMATION RELATED TO AMAZON'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |

1      Having reviewed and considered Defendant Amazon.com, Inc.'s Unopposed Motion to
2  Seal Information Related to Amazon's Reply in Support of Its Motion for Summary Judgment,
3  the Court hereby GRANTS Amazon's motion.
4      IT IS HEREBY ORDERED that (1) Exhibits 1 and 2 to the Declaration of Jeff Willner in
5  Support of Amazon's Reply in Support of Its Motion for Summary Judgment ("Exhibits 1 and
6  2"); and redacted portions of the Declaration of Jeff Willner in Support of Amazon's Reply in
7  Support of Its Motion for Summary Judgment ("Willner Declaration") that reference Exhibits 1
8  and 2; and (2) redacted portions of Amazon's Reply in Support of its Motion for Summary
9  Judgment ("Reply Brief") that reference Exhibits 1 and 2 shall remain under seal.

DATED this 2nd day of January, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Joseph C. Gratz*
Joseph C. Gratz (*pro hac vice*)

**Morrison & Foerster LLP**
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: jgratz@mofo.com

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION TO SEAL
(No. 2:21-cv-01329-RSM) - 1

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105 Tel: 415-268-7000