THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PRAKASH MELWANI,

                Plaintiff,

   v.

AMAZON.COM, INC., et al.,

                Defendants.

No. 2:21-cv-01329-RSM

**ORDER GRANTING JOINT MOTION
TO EXTEND MOTION TO STRIKE
JURY DEMAND BRIEFING
DEADLINES**

NOTE ON MOTION CALENDAR:
February 23, 2024

PROPOSED RENOTING ON MOTION
CALENDAR:  February 29, 2024

**Morrison & Foerster LLP**
425 Market Street
San Francisco, CA 94105 Tel: 415-268-7000

Having considered the Motion to Extend Motion to Strike Jury Demand Briefing Deadlines, submitted jointly by the parties:

IT IS HEREBY ORDERED that the Motion to Extend Motion to Strike Jury Demand Briefing Deadlines is GRANTED.  The new schedule shall be as follows:

Plaintiff shall file his opposition papers not later than Friday, February 23, 2024; and

Defendant shall file its reply papers not later than Thursday, February 29, 2024.

Defendant's Motion to Strike Jury Demand is renoted to February 29, 2024.


DATED this 21st day of February, 2024.


RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE


Presented by:

 /s/ Joseph C. Gratz
Joseph C. Gratz (*pro hac vice*)

**Morrison & Foerster LLP**
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: jgratz@mofo.com


ORDER GRANTING MOTION TO EXTEND MOTION
TO STRIKE JURY DEMAND BRIEFING DEADLINES
(No. 2:21-cv-01329-RSM) - 1

**Morrison & Foerster LLP**
425 Market Street
San Francisco, CA 94105 Tel: 415-268-7000