1
2
3
4
5
6

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRAKASH MELWANI,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AMAZON.COM, INC., et al.,<br><br>　　　　　　Defendants. | No. 2:21-cv-01329-RSM<br><br>**ORDER GRANTING DEFENDANT AMAZON.COM, INC.'S MOTION TO STRIKE JURY DEMAND**<br><br>NOTE ON MOTION CALENDAR:<br>February 23, 2024 |

ORDER GRANTING DEFENDANT'S MOTION TO
STRIKE JURY DEMAND
(No. 2:21-cv-01329-RSM)

Having considered the Motion to Extend Strike Jury Demand, submitted Defendant Amazon.com, Inc., and any opposition, reply and documents submitted in support thereof:

IT IS HEREBY ORDERED that Defendant Amazon.com, Inc.'s Motion to Strike Jury Demand is GRANTED.  The Court strikes Plaintiff's request for a jury trial and sets the instant matter for a bench trial commencing April 22, 2024.

DATED this 23rd day of February, 2024.

                                      RICARDO S. MARTINEZ
                                      UNITED STATES DISTRICT JUDGE