1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9  PRAKASH MELWANI,

10              Plaintiff,

11       v.

12  AMAZON.COM, INC., et al.,

13              Defendants.

No. 2:21-cv-01329-RSM

**ORDER GRANTING DEFENDANT AMAZON.COM, INC.'S UNOPPOSED MOTION FOR A STATUS CONFERENCE**

NOTE ON MOTION CALENDAR:
February 15, 2024

14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION FOR A STATUS CONFERENCE
(No. 2:21-cv-01329-RSM)

1  The Court, having considered Defendant Amazon.com, Inc's Unopposed Motion for a
2  Status Conference, rules as follows:
3  Defendant Amazon.com, Inc.'s Unopposed Motion for a Status Conference is GRANTED.
4  The Court will contact the parties to set a mutually agreeable date and time for a telephonic status
5  conference.
6  IT IS SO ORDERED.

8  DATED this 23rd day of February, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE