THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRAKASH MELWANI,<br><br>    Plaintiff,<br><br> v.<br><br>AMAZON.COM, INC., et al.,<br><br>    Defendants. | No. 2:21-cv-01329-RSM<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND PRETRIAL AND TRIAL DATES**<br><br>NOTE ON MOTION CALENDAR:<br>February 27, 2024 |

ORDER GRANTING MOTION TO EXTEND MOTION
FOR SUMMARY JUDGMENT BRIEFING DEADLINES
(No. 2:21-cv-01329-RSM)

**Morrison & Foerster LLP**
425 Market Street
San Francisco, CA 94105 Tel: 415-268-7000

Having considered the Stipulated Motion to Extend Pretrial and Trial Dates, submitted jointly by the parties:

IT IS HEREBY ORDERED that Stipulated Motion to Extend Pretrial and Trial Dates is GRANTED.  The new schedule shall be as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Mediation per L.C.R. 39.1(c)(3) held no later than | March 11, 2024 | March 19, 2024 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | March 25, 2024 | June 24, 2024 |
| Agreed pretrial order due | April 10, 2024 | July 10, 2024 |
| Pretrial conference | To be scheduled by the Court | To be scheduled by the Court |
| Jury Trial Date | April 22, 2024 | July 22, 2024 |

DATED this 28th day of February, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Joseph C. Gratz*
Joseph C. Gratz (*pro hac vice*)

**Morrison & Foerster LLP**
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: jgratz@mofo.com

ORDER GRANTING MOTION TO EXTEND MOTION
FOR SUMMARY JUDGMENT BRIEFING DEADLINES
(No. 2:21-cv-01329-RSM) - 1

**Morrison & Foerster LLP**
425 Market Street
San Francisco, CA 94105 Tel: 415-268-7000